1   DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
2   MARC C. AMENT, Bar #59080
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561

5

    Attorney for Defendant
6   MICHAEL TIMOTHY KILPATRICK

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   NO. 1:05-cr-0341 AWI
                                      )
12              Plaintiff,            )
                                      )   WAIVER OF DEFENDANT KILPATRICK'S
13       v.                           )   PERSONAL PRESENCE (Fed. R. Crim. P.
                                      )   43(b)(3)), AND ORDER THEREON
14   JAMES DALE HOLLAND, et al.,      )
                                      )
15              Defendants.           )
                                      )
16   _____ )

17

18              **WAIVER OF PERSONAL APPEARANCE**

19       I hereby waive my right to be present in person in open court in the above-entitled case for any

20   proceeding involving only a conference or hearing upon a question of law, including but not limited to,

21   when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken

22   by the court before trial except for initial arraignment and plea, and not including every trial stage,

23   including jury impanelment and the return of the verdict, and sentencing.  I request the court to proceed

24   during any of my absences which the court may permit pursuant to this waiver.  I agree that my interests

25   will be deemed to be represented at all times by the presence of my attorney, as if I were personally

26   present;

27   ///

28   ///

1   and I further agree to be present in person in court ready for trial, any day and hour the court may fix

2   in my absence. I agree to stay in contact with my attorney to be informed of any obligations to appear

3   before this court.

4   DATED: May 15, 2006                              /s/ Michael Timothy Kilpatrick
                                                     Defendant

5
                                                     426 G Street
6                                                    Address

7                                                    Bakersfield, CA 93304
                                                     City and State
8

9   APPROVED: May 15, 2006

10

11  /s/ Marc C. Ament
    MARC C. AMENT
12  Assistant Federal Defender
    Attorney for Defendant
13

14

15                                  **ORDER**

16      The defendant is excused from personal appearance at:

17      1.  the status conference scheduled for May 30, 2006, and except as modified by further order of

18          this court, and

19      2.  all hearings in this matter except for initial appearance, initial arraignment, and the plea, every

20          trial stage, including jury impanelment and the return of the verdict; and sentencing.

21

22  IT IS SO ORDERED.

23  **Dated:   May 17, 2006**              _____/s/ Anthony W. Ishii_____
24  0m8i78                                 UNITED STATES DISTRICT JUDGE

25

26

27

28  Waiver of Personal Appearance and Proposed Order        2