| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | MARC C. AMENT, Bar #59080<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>MICHAEL TIMOTHY KILPATRICK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-CR-0341 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| v. | |
| MICHAEL TIMOTHY KILPATRICK, et al., | Date:   February 26, 2007<br>Time:   9:00 a.m. |
| *Defendant.* | Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above- entitled matter now set for January 22, 2007, may be continued to **February 26, 2007, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

///
///
///
///

1  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
2  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: January 18, 2007        By:    /s/  Kathleen A. Servatius
                                      KATHLEEN A. SERVATIUS
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

DATED: January 18, 2007        By:    /s/   Eric Fogderude
                                      ERIC FOGDERUDE
                                      Attorney at Law
                                      Attorney for Thomas Ray Wright

                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: January 18, 2007        By:    /s/ Marc C. Ament
                                      MARC C. AMENT
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      MICHAEL TIMOTHY KILPATRICK

## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:     January 19, 2007**              /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE