1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MICHAEL TIMOTHY KILPATRICK

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   NO. 1:05-CR-0341 AWI
                                   )
12         *Plaintiff*,            )   STIPULATION TO CONTINUE STATUS
                                   )   CONFERENCE HEARING, AND ORDER
13     v.                          )   THEREON
                                   )
14 MICHAEL TIMOTHY KILPATRICK, et al., )  Date: March 19, 2007
                                   )   Time: 9:00 a.m.
15         *Defendant*.            )   Judge: Honorable Anthony W. Ishii
                                   )
16 _____)

17

18                            **STIPULATION**

19     It is hereby stipulated by and between the parties hereto that the status conference hearing in the

20 above- entitled matter now set for February 26, 2007, may be continued to **March 19, 2007, at 9:00 a.m.**

21     The reason for this continuance is to allow counsel additional time for defense preparation and case

22 settlement negotiations.

23     The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and

24 (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

25 ///

26 ///

27 ///

28 ///

defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: February 22, 2007        By:   /s/  Kathleen A. Servatius
                                                   KATHLEEN A. SERVATIUS
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff

DATED: February 22, 2007        By:   /s/   Eric Fogderude
                                                   ERIC FOGDERUDE
                                                 Attorney at Law
                                                 Attorney for Thomas Ray Wright

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: February 22, 2007        By:   /s/ Marc C. Ament
                                                 MARC C. AMENT
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 MICHAEL TIMOTHY KILPATRICK

## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:     February 23, 2007**              **/s/ Anthony W. Ishii**
0m8i78                                                   UNITED STATES DISTRICT JUDGE