Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant THOMAS ROY WRIGHT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-F-05-0341 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, |
| vs. | ) | AND ORDER THEREON |
| THOMAS ROY WRIGHT et al. | ) | |
| Defendants. | ) | DATE:    April 9, 2007<br>TIME:    9:00 a.m.<br>JUDGE:   Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above entitled matter now set for March 19, 2007, may be continued to April 9, 2007 at 9:00 a.m.

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public

1  and the defendant in a speed trial, since the failure to grant
2  such a continuance would deny counsel for the defendant the
3  reasonable time necessary for effective preparation, taking into
4  account the exercise of due diligence.

5  DATED: March 15, 2007          FLETCHER & FOGDERUDE, Inc.

                                  /s/ Eric K. Fogderude
7                                 ERIC K. FOGDERUDE
                                  Attorney for Defendant,
8                                 THOMAS ROY WRIGHT

9  Dated: March 15, 2007          McGREGOR W. SCOTT
10                                United States Attorney

11
                                  /s/ Kathleen Servatius
12                                Assistant US Attorney

13
   Dated: March 15, 2007          DANIEL J. BRODERICK
14                                Federal Defender

15                                /s/ Marc C. Ament
                                  Assistant Federal Defender
16                                Attorney for Defendant
                                  MICHAEL TIMOTHY KILPATRICK
17

18                              **ORDER**

19
        IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C.
20
   § 3161, subd.(h)(8)(A) and (B).  For the above stated reasons, the
21
   court finds that the ends of justice served by the dely outweigh
22
   the best interest of the public and the defendants in a speedy
23
   trial. Therefore, the court grants the stipulation that the
24
   hearing be continued to April 9, 2007 at 9:00 a.m.
25
   IT IS SO ORDERED.
26
   **Dated:   March 16, 2007**            **/s/ Anthony W. Ishii**
27  0m8i78                                UNITED STATES DISTRICT JUDGE

28

---

U.S. vs. Wright                                    Stipulation/Proposed Order
Case No. 05-0341 AWI              2