McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-CR-00341 AWI |
| | ) | |
| Plaintiff, | ) | ORDER TO CONTINUE DATE |
| v. | ) | FOR SENTENCING HEARING |
| | ) | |
| | ) | |
| MICHAEL KILPATRICK, | ) | Date:   July 9, 2007 |
| | ) | Time:   9:00 a.m. |
| Defendant. | ) | Honorable Anthony W. Ishii, Courtroom 2 |
| | ) | |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the defendant's sentencing hearing presently set for July 9, 2007, at 9:00 a.m., is continued until August 27, 2007, at 9:00 a.m., to be heard before the Honorable Anthony W. Ishii, Courtroom 2.

IT IS SO ORDERED.

**Dated:   July 9, 2007**           /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE