1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MARC C. AMENT, Bar #59080
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   Michael Timothy Kilpatrick

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )    NO. 1:05-cr-00341 AWI
                                        )
12              *Plaintiff*,            )    **APPLICATION FOR ORDER**
                                        )    **EXONERATING BOND AND FOR**
13        v.                            )    **RECONVEYANCE OF REAL PROPERTY**
                                        )    **AND ORDER THEREON**
14   MICHAEL TIMOTHY KILPATRICK,        )
                                        )
15              *Defendant*.            )
                                        )
16   _____   )

17        Defendant Michael Timothy Kilpatrick hereby moves this court for an order to exonerate the

18   property bond posted in the above-captioned case, and to reconvey title thereto to the original owners.

19        On September 26, 2005, Mr. Kilpatrick appeared in this matter before Hon. Lawrence J. O'Neill,

20   -then- United States Magistrate Judge, and was ordered released from custody under the supervision of

21   Pretrial Services and "a $50,000 unsecured bond, to be replaced by a $50,000 property bond." (C.R. #18,

22   attached as Exhibit 1).  On this same day, a $50,000 unsecured bond was posted on Mr. Kilpatrick's behalf

23   with the Clerk of this Court. (Ex. 1 at C.R. # 20)

24        On November 16, 2005,  a property bond, secured by a Deed of Trust in the amount of $50,000

25   (rec #101 7893), was posted by William and Tina Pucilowski on Mr. Kilpatrick's behalf. (Ex. 1, C.R.,

26   unnumbered entry between # 36 and # 37)

27        On August 27, 2007,  Mr. Kilpatrick appeared before District Judge Anthony W. Ishii for

28   sentencing (Ex. 1, C.R. # 107) , and subsequently surrendered himself into the custody of the Bureau of

1   Prisons (Exhibit 2).  Since Michael Timothy Kilpatrick has met the conditions required by the Court in

2   this matter, he hereby requests that the court exonerate the property bond of $50,000 (rec #101 7893) and

3   reconvey title of the posted property  (5418 Citrus Grove Ct., Bakersfield, California, 93313) to the

4   original owners, William M. Pucilowski and Tina M. Pucilowski.

5   DATED:  October 22, 2007

6                                                                          Respectfully submitted ,

7                                                                          DANIEL J. BRODERICK
                                                                           Federal Defender

8                                                                           /s/ Marc Ament
9                                                                          MARC C. AMENT
                                                                           Attorney of Record for
10                                                                         Michael Timothy Kilpatrick

11

12                                          **O R D E R**

13

14          IT IS HEREBY ORDERED that the property bond of $50,000 (rec #101 7893) be exonerated, and

15   title of the posted property, 5418 Citrus Grove Ct., Bakersfield, California, 93313, be reconveyed to the

16   original owners, William M. Pucilowski and Tina M. Pucilowski.

17

18   IT IS SO ORDERED.

19   **Dated:    October 22, 2007              /s/ Anthony W. Ishii**
                                                UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Kilpatrick - Application/Order Exonerating Bond
& Reconveyance of Real Property                      2