1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5

   Attorney for Defendant
6  Michael Timothy Kilpatrick

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    NO. 1:05-cr-00341 AWI
                                     )
12              *Plaintiff*,         )
                                     )    **AMENDED APPLICATION FOR ORDER**
13         v.                        )    **EXONERATING BOND AND FOR**
                                     )    **RECONVEYANCE OF REAL PROPERTY,**
14  MICHAEL TIMOTHY KILPATRICK,      )    **EXHIBITS,  AND ORDER THEREON**
                                     )
15              *Defendant*.         )
                                     )
16  _____ )

17         Defendant Michael Timothy Kilpatrick hereby moves this court for an order to exonerate the

18  property bond posted in the above-captioned case, and to reconvey title thereto to the original owners.

19         On September 26, 2005, Mr. Kilpatrick appeared in this matter before Hon. Lawrence J. O'Neill,

20  -then- United States Magistrate Judge, and was ordered released from custody under the supervision of

21  Pretrial Services and "a $50,000 unsecured bond, to be replaced by a $50,000 property bond." (C.R. #18,

22  attached as Exhibit 1).  On this same day, a $50,000 unsecured bond was posted on Mr. Kilpatrick's behalf

23  with the Clerk of this Court. (Ex. 1 at C.R. # 20)

24         On November 16, 2005,  a property bond, secured by a Deed of Trust in the amount of $50,000

25  (rec #101 7893), was posted by William and Tina Pucilowski on Mr. Kilpatrick's behalf. (Ex. 1, C.R.,

26  unnumbered entry between # 36 and # 37)

27         On August 27, 2007,  Mr. Kilpatrick appeared before District Judge Anthony W. Ishii for

28  sentencing (Ex. 1, C.R. # 107) , and subsequently surrendered himself into the custody of the Bureau of

1    Prisons (Exhibit 2).  Since Michael Timothy Kilpatrick has met the conditions required by the Court in

2    this matter, he hereby requests that the court exonerate the property bond of $50,000 (rec #101 7893) and

3    reconvey title of the posted property  (5418 Citrus Grove Ct., Bakersfield, California, 93313) to the

4    original owners, William M. Pucilowski and Tina M. Pucilowski.

5    DATED:  October 22, 2007

6                                                        Respectfully submitted ,

7                                                        DANIEL J. BRODERICK
                                                         Federal Defender
8
                                                          /s/ Marc Ament
9                                                        MARC C. AMENT
                                                         Attorney of Record for
10                                                       Michael Timothy Kilpatrick

11

12                                        **O R D E R**

13

14          IT IS HEREBY ORDERED that the property bond of $50,000 (rec #101 7893) be exonerated, and

15   title of the posted property, 5418 Citrus Grove Ct., Bakersfield, California, 93313, be reconveyed to the

16   original owners, William M. Pucilowski and Tina M. Pucilowski.

17

18   IT IS SO ORDERED.

19   **Dated:    October 23, 2007**                     _/s/ Anthony W. Ishii_
                                                         UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

Kilpatrick - Application/Order Exonerating Bond
& Reconveyance of Real Property                  2